# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL DUNN,
               Appellant,
    vs.
THE STATE OF NEVADA,
               Respondent.

No. 72432

FILED

MAY 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

No decision, oral or written, had been made on the petition when appellant filed his notices of appeal on February 16, 2017, and February 24, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

17-15793

cc:    Hon. Kerry Louise Earley, District Judge
John Michael Dunn
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
T. Augustus Claus

